OPINION — AG — **** CHARITABLE CORPORATION-SOFTBALL FIELD-TAXATION **** FURNISHING A SOFTBALL FIELD WITH NIGHT LIGHTING WHERE ADMISSION IS CHARGED TO PAY FOR THE LIGHTS AND UPKEEP, HOWEVER LAUDABLE, DOES NOT EXEMPT THE REAL PROPERTY FROM AD VALOREM TAXES, EVEN THOUGH THE CORPORATION OWNING THE SAME IS ITSELF EXEMPT. CITE: ARTICLE X, SECTION 6, 68 O.S. 1941 15.2 [68-15.2] W. J. MONROE